B210
(12/04)

# United States Bankruptcy Court

WESTERN District Of TENNESSEE

In re KENNETH MORGAN,                                   Case No. 01-40274

                                                        Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Vanderbilt Mortgage and Finance, Inc.** | **Oakwood Acceptance Corporation, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent (Court Use Only) | Court Record Address of Transferor |
| **Vanderbilt Mortgage and Finance, Inc.**<br>**PO Box 9800**<br>**Maryville, TN 37802**<br>**Phone: 865-380-3000** | **Oakwood Acceptance Corporation, LLC**<br>**PO Box 35607**<br>**Greensboro, NC 27425**<br>**Phone: 800-556-2080** |
| Name and Address where transferee payments should be sent (if different from above) **SAME**<br>Phone: **SAME** | Name and Current Address of Transferor **SAME**<br>Phone: **SAME** |
| Account #: 464022<br>Court Claim # (if known): _____<br>Date Claim Filed: 02/26/02<br>Claim Amount: $31,673.20 | Account #: 2282465 |

Transfer of claim is unconditional.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Angela Owens                                    Date: 09/19/06
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with this court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                      _____
                                                        **CLERK OF THE COURT**