**Dated: June 01, 2007**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

```
                                                            IT110
                  UNITED STATES BANKRUPTCY COURT
                  WESTERN DISTRICT OF TENNESSEEE
```

| | |
|---|---|
| In Re | Chapter 13 |
| KENNETH K MORGAN & CARTILLIA SCRUGGS MORGAN | |
| Debtor(s) | Case No. 01-40274-L |
| SSN XXX-XX-2339     SSN XXX-XX-3976 | |

ORDER DISCHARGING DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN AND DISCHARGING TRUSTEE

   The Court finds that the debtor filed a petition under Title 11, United States Code, on December 28, 2001, that the debtor's plan has been confirmed, that the debtor has fulfilled all requirements under the plan, and the Trustee will file a Final Report and Account. Accordingly, it is ORDERED that:

1. If no timely written objection is filed and served, this order will become final on its own terms, the Trustee's report approved and the Trustee discharged in this case, all without further orders of this Court. The Trustee shall turn over to the debtor any funds remaining in his or her hands, or which shall come into his or her hands, for this plan.

2. Pursuant to 11 U.S.C. §1328(a), the debtor is discharged from all debts provided for by the plan or disallowed under 11 U.S.C. §502, except any debt:
a. provided for under 11 U.S.C. §1322(b)(5) and on which the last payment is due after the date on which final payment under the plan was due;
b. in the nature of alimony to, maintenance for, or support of a spouse, former spouse, or child of the debtor in connection with a separation agreement, divorce decree or other order of a court of record, or property settlement agreement, as specified in 11 U.S.C. §523(a)(5);
c. for a student loan or educational benefit overpayment as specified in 11 U.S.C. §523(a)(8).
d. for a death or personal injury caused by the debtor's unlawful operation

of a motor vehicle while intoxicated from using alcohol, a drug, or another substance, as specified in 11 U.S.C. §523(a)(9), in a case filed on or after November 15, 1990; or

e.    for restitution included in a sentence on the debtor's conviction of a crime, in a case commenced on or after November 15, 1990.

f.    for a fine included in a sentence on the debtor's conviction of a crime, in a case commenced on or after October 22, 1994.

3.    Pursuant to 11 U.S.C. §1328(d), the debtor is not discharged from any debt based on an allowed claim filed under 11 U.S.C. §1305(s)(2) if prior approval by the trustee of the debtor's incurring such debt was practicable and was not obtained.

4.    Notwithstanding the provisions of Title 11, United States Code, the debtor is not discharged from any debt made non-dischargable by 18 U.S.C. §3613(f), by certain provisions of titles 10, 37, 38, 42 and 50 of the United States Code, or by any other applicable provision of law.

5.    All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

CC:    Chapter 13 Trustees


       KENNETH K MORGAN & CARTILLIA SCRUGGS MORGAN
       P O BOX 465
       ASHLAND, MS  38603

       HERBERT D HURST
       PO BOX 41497
       MEMPHIS, TN  38174-1497